

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-13-00543-CV

LETOSHA GALE, M.D. AND ZOE LIFE WELLNESS CENTER, P.A., Appellants

V.

HECTOR LUCIO, Appellee

Appeal from the 240th District Court of Fort Bend County.   (Tr. Ct. No.
12-DCV-198515).

**TO THE 240TH DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 25th day of September 2014, the case upon appeal to revise
or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the order signed by the trial
> court on June 11, 2013.   After submitting the case on the
> appellate record and the arguments properly raised by the
> parties, the Court holds that there was reversible error in the
> trial court's order.   Accordingly, the Court **reverses** the trial
> court's order.   The Court further **renders** judgment that
> appellee, Hector Lucio, take nothing by his claims against
> appellants, Letosha Gale, M.D. and Zoe Life Wellness Center,
> P.A.

The Court **orders** that the appellee, Hector Lucio, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 25, 2014.

Panel consists of Justices Keyes, Bland, and Brown. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

